UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cause No. 3:12-CR-64-RLM |
| | ) | |
| JOSEPH BRADSHAW, JR. | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 5, 2013. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 23), ACCEPTS defendant Joseph Bradshaw, Jr.'s plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED: July 15, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court